THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WALTER NAHIRNEY, Defendant-Appellant.

(No. 57520; ▮▮▮▮▮▮▮▮

First District—December 27, 1972.

Opinion by Mr. JUSTICE ADESKO.

Frederick F. Cohn, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Mark T. Zubor, Assistant State's Attorneys, of counsel,) for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* J. B. BOOSE, Defendant-Appellant.

(Nos. 56320, 56321 cons.; ▮▮▮▮▮▮▮▮▮▮▮

First District—December 27, 1972.